# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONAS DAVID SMITH, | CASE NO. 1:08-cv-01792-SMS PC |
| Plaintiff, | ORDER DIRECTING THAT LOCAL RULE 78-230(M) SHALL APPLY TO THIS ACTION |
| v. | |
| GINA PUENTES, et al., | |
| Defendants. | |

Plaintiff Jonas David Smith ("Plaintiff") filed this civil rights action pursuant to 42 U.S.C. § 1983 and California tort law. The events at issue in this action occurred while Plaintiff was incarcerated at Taft Correctional Institution, a privately run federal prison. Because it is <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971) which provides a remedy for violation of civil rights by federal actors, the action will be treated as one brought pursuant to <u>Bivens</u> rather than section 1983.

Although Plaintiff is no longer incarcerated, he resides out of state and is proceeding pro se. The Court deems it in the interest of justice and the administrative efficiency of the Court to apply Local Rule 78-230(m) to this action.

///
///
///

1     Accordingly, Local Rule 78-230(m) SHALL APPLY to this action.[1]

3 IT IS SO ORDERED.

4 **Dated:**   **December 12, 2008**           **/s/ Sandra M. Snyder**
                                                UNITED STATES MAGISTRATE JUDGE

---

[1] In addition, the First Informational Order issued on November 24, 2008, remains in effect even though Plaintiff is not incarcerated, *except for paragraph 12*, which does not apply.