1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  JONAS DAVID SMITH,                    CASE NO. 1:08-cv-01792-LJO-SMS PC

10              Plaintiff,               ORDER DIRECTING CLERK OF THE COURT
                                         TO CLOSE THIS CASE PURSUANT TO
11     v.                                PLAINTIFF'S NOTICE OF VOLUNTARY
                                         DISMISSAL
12  GINA PUENTES, et al.,
                                         (Doc. 31)
13              Defendants.
    _____/

14

15          On November 18, 2009, Plaintiff Jonas David Smith filed a notice of voluntary dismissal

16  pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).  At this stage in the proceedings, Plaintiff

17  has the absolute right to dismiss his claims, without prejudice.  Duke Energy Trading and Marketing,

18  L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001).  The filing of the notice itself has the effect

19  of closing the action, and the Court no longer has jurisdiction over the claims.  Id.

20          Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to

21  Plaintiff's notice of voluntary dismissal filed on November 18, 2009.

22

23  IT IS SO ORDERED.

24  **Dated:    November 19, 2009              /s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE

25

26

27

28

1